```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 02112
    JANE MARIE GAGLIARDI
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7229


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/06/2006 and was confirmed 04/26/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  80.00%.

     The case was converted to chapter 7 after confirmation 11/13/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE    SECURED          500.00           .00           .00
AMERICAN GENERAL FINANCE    UNSECURED      NOT FILED          .00           .00
MERCHANTS CREDIT GUIDE C    NOTICE ONLY    NOT FILED          .00           .00
WEST SURBURBAN BANK         SECURED        12453.01       1147.03       8211.80
INTERNAL REVENUE SERVICE    PRIORITY        3747.31           .00       2759.86
ST ALEXIUS MEDICAL CENTE    UNSECURED        250.00           .00           .00
I C COLLECTION SERVICE      NOTICE ONLY    NOT FILED          .00           .00
WORLD FINANCIAL NETWORK     UNSECURED        939.62           .00           .00
REGIONAL ADJUSTMENT BURE    NOTICE ONLY    NOT FILED          .00           .00
CAPITAL ONE                 UNSECURED        920.02           .00           .00
VAN RU CREDIT CORPORATIO    NOTICE ONLY    NOT FILED          .00           .00
CAPITAL ONE                 UNSECURED       1097.55           .00           .00
ASSOCIATED RECOVERY SYST    NOTICE ONLY    NOT FILED          .00           .00
CAPITAL ONE                 UNSECURED       1341.07           .00           .00
BP/CITI                     UNSECURED      NOT FILED          .00           .00
ELK GROVE LAB PHYSICIANS    UNSECURED      NOT FILED          .00           .00
ELK GROVE RADIOLOGY SC      UNSECURED      NOT FILED          .00           .00
ELK GROVE RADIOLOGY SC      UNSECURED      NOT FILED          .00           .00
ROUNDUP FUNDING LLC         UNSECURED        651.30           .00           .00
TATE & KIRLIN               NOTICE ONLY    NOT FILED          .00           .00
LVNV FUNDING                NOTICE ONLY    NOT FILED          .00           .00
GRANDMAS KITCHEN            UNSECURED      NOT FILED          .00           .00
WORLD FINANCIAL NETWORK     UNSECURED        467.85           .00           .00
CHASE RECIEVABLES           NOTICE ONLY    NOT FILED          .00           .00
VAN RU CREDIT CORPORATIO    NOTICE ONLY    NOT FILED          .00           .00
LITERARY GUILD              UNSECURED      NOT FILED          .00           .00
ALLIED INTERSTATE           NOTICE ONLY    NOT FILED          .00           .00
LVNV FUNDING                UNSECURED      NOT FILED          .00           .00
NORTHWEST SUBURBAN ANEST    UNSECURED      NOT FILED          .00           .00
MERCHANTS CREDIT GUIDE C    NOTICE ONLY    NOT FILED          .00           .00
ROUNDUP FUNDING LLC         UNSECURED       3832.73           .00           .00
CAPITAL MANAGEMENT SERVI    NOTICE ONLY    NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 02112 JANE MARIE GAGLIARDI
```

```
QUALITY PAPERBACK           UNSECURED       NOT FILED               .00              .00
ROOSEVELT UNIVERSITY        UNSECURED       NOT FILED               .00              .00
SALLIE MAE INC              UNSECURED       12859.63                .00              .00
SANTA BARBARA BANK & TRU    UNSECURED       NOT FILED               .00              .00
SHERMAN HOSPITAL            UNSECURED       NOT FILED               .00              .00
ST ALEXIUS MEDICAL CENTE    UNSECURED       NOT FILED               .00              .00
MALCOLM S GERALD            NOTICE ONLY     NOT FILED               .00              .00
ROUNDUP FUNDING LLC         UNSECURED         658.07                .00              .00
MEYER & NJUS                NOTICE ONLY     NOT FILED               .00              .00
ASSET ACCEPTANCE CORP       UNSECURED         228.51                .00              .00
INTERNAL REVENUE SERVICE    UNSECURED         327.49                .00              .00
B-LINE LLC                  UNSECURED        4906.93                .00              .00
ALEXIAN BROTHERS            UNSECURED         250.00                .00              .00
LVNV FUNDING LLC            NOTICE ONLY     NOT FILED               .00              .00
PROVIDIAN FINANCIAL         NOTICE ONLY     NOT FILED               .00              .00
RMCB COLLECTION AGENCY      NOTICE ONLY     NOT FILED               .00              .00
PETER FRANCIS GERACI        DEBTOR ATTY     2,626.00                            2,626.00
TOM VAUGHN                  TRUSTEE                                               842.34
DEBTOR REFUND               REFUND                                                 12.97

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                     RECEIPTS                    DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE              15,600.00

PRIORITY                                           2,759.86
SECURED                                            8,211.80
    INTEREST                                       1,147.03
UNSECURED                                                .00
ADMINISTRATIVE                                     2,626.00
TRUSTEE COMPENSATION                                 842.34
DEBTOR REFUND                                         12.97
                     ---------------            ---------------
TOTALS               15,600.00                    15,600.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 02/27/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                           PAGE   2
           CASE NO. 06 B 02112 JANE MARIE GAGLIARDI